# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SMITH GABRIEL, | : | |
| | : | 3:14-CV-01882 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| ERIC HOLDER, ET AL., | : | (Judge Nealon) |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW, ON THIS 17TH DAY OF MARCH, 2015**, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as moot.

2. The Clerk of Court is direct to **CLOSE** this case.

/s/William J. Nealon
United States District Judge
